UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL SILVESTER, on behalf of himself
and those similarly situated,

    Plaintiff,                                Case No. 3:19-CV-01489-TJC-PDB

v.

SAMSUNG ELECTRONICS AMERICA, INC.,
a New York Business Corporation,

    Defendant.
_____/

## NOTICE OF DISMISSAL *WITHOUT* PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff, DANIEL SILVESTER, by and through his undersigned counsel, notice to the dismissal of the above-captioned action in its entirety, including claims of all opt-in plaintiffs, *without* prejudice, with each party to bear its own fees and costs.

Dated: May 21, 2020

                                                        Respectfully submitted:

                                                        */s/ Andrew R. Frisch*
                                                        Andrew R. Frisch
                                                        Morgan & Morgan, P.A.
                                                        8151 Peters Road, Suite 4000
                                                       Plantation, FL 33324
                                                        Telephone: (954) WORKERS
                                                       Facsimile: (954) 327-3013
                                                       Email: AFrisch@forthepeople.com

                                                     *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 21st day of May, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

                                    */s/ ANDREW R. FRISCH*
                                    Andrew R. Frisch