UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL SILVESTER, on behalf of himself and those similarly situated,

    Plaintiff,

v.   Case No. 3:19-cv-1489-J-32PDB

SAMSUNG ELECTRONICS AMERICA, INC., a New York Business Corporation,

    Defendant.

## O R D E R

Upon review of Plaintiff Daniel Silvester's Notice of Dismissal without Prejudice (Doc. 56), filed on May 21, 2020, this case is dismissed without prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of May, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record